GEORGE W. ARENDELL, Appellant, *vs.* THE HARRINGTON MANUFACTURING COMPANY, Appellee.

*Opinion filed February 20, 1908—Rehearing denied April 8, 1908.*

APPEALS AND ERRORS—*Supreme Court cannot review facts in suits at law.* The Supreme Court is without power to review the findings of fact incorporated in the judgment of the Appellate Court reversing the judgment of the lower court in an action at law without awarding a new trial because it finds the ultimate facts different from those found by the lower court. (*Hecker* v. *I. C. R. R. Co.* 231 Ill. 574, and *Jones* v. *C., R. I. & P. R. R. Co.* id. 302, followed.)

APPEAL from the Appellate Court for the Second District;—heard in that court on appeal from the Circuit Court of Peoria county; the Hon. L. D. PUTERBAUGH, Judge, presiding.

On March 1, 1906, George W. Arendell, appellant here, brought an action on the case in the circuit court of Peoria county against the Harrington Manufacturing Company, the appellee, for damages for personal injuries alleged to have been sustained by him through the negligence of said company. The general issue was interposed, and upon a trial at the September term, 1906, of said court, a verdict and judgment were rendered in favor of appellant. Appellee appealed to the Appellate Court for the Second District, where the judgment was reversed without the cause being remanded. That judgment of the Appellate Court resulted from a finding of the facts against Arendell. Such finding was incorporated in the judgment of the Appellate Court in these words: "We find that the injuries for which plaintiff sues were due to a risk which he assumed." Appellant in this court contends that the Appellate Court erred in so finding the facts and in reversing the judgment of the circuit court.

MAPLE & LOVETT, for appellant.

BARNES & BOULWARE, for appellee.

Per CURIAM: We are without power to review the finding of fact incorporated in the judgment of the Appellate Court. (*Jones* v. *Chicago, Rock Island and Pacific Railway Co.* 231 Ill. 302; *Hecker* v. *Illinois Central Railroad Co.* 231 id. 574.) As no other question arises upon this record, the judgment of the Appellate Court will be affirmed. 						*Judgment affirmed.*